IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ASSOCIATED TRUST COMPANY, N.A.,

    Plaintiff,

  v.

                        Case No. 17-cv-148-wmc

JEANNIE M. BLAZEK,

    Defendant.

## DEFAULT JUDGMENT

The Defendant, Jeannie M. Blazek, having failed to appear, plead or otherwise defend in this action, and default having been entered on March 28, 2017, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and Declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff Associated Trust Company, N.A. and against Defendant Jeannie M. Blazek, in the amount of $21,201.24.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 23rd day of August, 2017.

                        s/ K. Frederickson, Deputy Clerk
                        Peter Oppeneer
                        Clerk of Court